**Order entered December 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00051-CR

## FRANCISCO JAVIER ROSALES SANTAMARIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-72122-U

### ORDER

Appellant, who was convicted of aggravated sexual assault of a child under the age of fourteen years, filed his brief on November 30, 2020. In the brief, appellant identifies the victim by name; he also identifies other children by name. This Court does not allow a party to file a brief that discloses the names of victims or the names of witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the

court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to J. Stephen Cooper; and to the Dallas County District Attorney's Office, Appellate Division.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE